401 P.3d 576

STATE of Hawai'i, Plaintiff-Appellee,

v.

Dante RACKLEY, Defendant-Appellant

NO. CAAP-15-0000919

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 12-1-0552)

<u>MEMORANDUM OPINION</u>

Affirmed.